FILED*06 APR 28 16:22USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                    Crim No. 02-60089-HO

               Plaintiff,          ORDER

       v.

MICHAEL PAUL BARLOW,

             Defendant.

    Defendant requests a sentence reduction for completion of a drug treatment program. <u>See</u> 18 U.S.C. § 3621(e). Completion of the program is commendable. Convicted of bank robbery, defendant is ineligible for the reduction, however. <u>United States v. Crabtree</u>, 113 F.3d 1081 (9th Cir. 1997). Defendant's motion for reduction in sentence [#51] is denied.

    IT IS SO ORDERED.

    DATED this __28th__ day of April, 2006.

                          Michael R. Hogan
                      United States District Judge